293-15

# ELECTRONIC RECORD

COA # 02-13-00184-CR

OFFENSE: OTHER CRIMINAL

STYLE: Karen Ladell Adams v. The State of Texas

COUNTY: Hood

COA DISPOSITION: AFFIRM

TRIAL COURT: 355th District Court

DATE: 02/05/2015          Publish: NO

TC CASE #: CR12292

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Karen Ladell Adams v. The State of Texas

CCA #: 293-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 04/22/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**